**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00692-BNB

EARL CROWNHART,

    Applicant,

v.

JOAN SMITH,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On April 15, 2008, Applicant file a Notice of Appeal. He also filed a Motion to Disregard the Notice of Appeal on the same day. The Court, therefore, in keeping with Applicant's request will disregard the Notice of Appeal.

Dated: May 8, 2008