IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-BNB

EARL CROWNHART,

Applicant,

v.

JOAN SMITH,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2008

GREGORY C. LANGHAM
                    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On May 20, 2008, Applicant filed several Motions including two Motions to Amend and a Motion to Show Proof of Cause. The Motions to Amend are DENIED as improper and the Motion to Show Proof is DENIED as unnecessary.

Dated: May 21, 2008

Copies of this Minute Order mailed on May 21, 2008, to thefollowing:

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

Secretary/Deputy Clerk