IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-BNB

EARL CROWNHART,

Applicant,

v.

JOAN SMITH, Warden,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Earl Crownhart, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. Mr. Crownhart has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

The Court must construe liberally the Application because Mr. Crownhart is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, the Court will direct Mr. Crownhart to submit an Amended Application.

Mr. Crownhart filed his claims on a Court-approved form that is used in filing 28 U.S.C. § 2241 claims. On the form, however, Mr. Crownhart sets forth claims that challenge both the validity of his conviction and sentence, which is the purpose of a 28 U.S.C. § 2254 action, and the execution of those sentences, which is the purpose of a § 2241 action. **See Montez v. McKinna**, 208 F.3d 862, 865 (10th Cir. 2000). In Claim

One, Mr. Crownhart contends that he was denied parole in violation of his due process rights. In Claims Two and Three, Mr. Crownhart challenges the judgment and sentence in his conviction. To the extent he raises a claim regarding the denial of his parole, he is challenging the execution of his sentence and may do so in the instant action. To the extent Mr. Crownhart challenges his conviction and sentence in Claims Two and Three, he may do so in a separate § 2254 action after exhaustion of state remedies.

Mr. Crownhart, therefore, will be directed to file an Amended § 2241 Application. In the Amended Application, he is instructed to raise only claims that challenge the execution of his sentence, which includes his denial of parole claim. Accordingly, it is

ORDERED that Mr. Crownhart file **within thirty days from the date of this Order** an Amended Application that complies with the directives in this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Crownhart, together with a copy of this Order, one copy of the following form for use in filing the Amended Application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Crownhart fails to file an Amended Application within thirty days from the date of this Order the Application will be denied and the action dismissed without further notice.

DATED May 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00692-BNB

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 5/23/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk