# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-BNB

EARL CROWNHART,

    Applicant,

v.

JOAN SMITH,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 11 2008

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On June 10, 2008, Applicant filed two Motions that appear to request permission to file an Amended Application. The Motions to Amend are DENIED as unnecessary.

Dated: June 11, 2008

Copy of this Minute Order mailed on June 11, 2008, to the following:

Earl Crownhart
Reg. No. 113771
San Carlos Correctional Facility
PO Box 3
Pueblo, CO 81002

_____
Secretary/Deputy Clerk