IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-BNB

EARL CROWNHART,

    Applicant,

v.

JOAN SMITH,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On June 12, 2008, Applicant filed a Motion in which he appears to request permission to amend the Application to include another Respondent. The Motion is denied as inappropriate.

Dated: June 17, 2008

Copy of this Minute Order mailed on June 17, 2008, to the following:

Earl Crownhart
Reg. No. 113771
San Carlos Correctional Facility
PO Box 3
Pueblo, CO 81002

*anju*
Secretary/Deputy Clerk