IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-MSK-KLM

EARL CROWNHART,

    Applicant,

v.

JOAN SMITH, Warden,

    Respondent.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend by Correct Proper Citation** [Docket No. 45; Filed July 16, 2008]; **Motion to Compell** [sic] **by Correct Case Citation to Change** [Docket No. 46; Filed July 16, 2008]; **Motion for Leave of Absents** [sic] **to Vacate Sentence Pursuant 28 U.S.C. 1915** [Docket No. 49; Filed July 18, 2008]; **Motion to File a Secound** [sic] **Amended Petition as Claims Pursuant to 28 U.S.C. § 2241** [Docket No. 51; Filed July 23, 2008]; **Motion to File a Secound** [sic] **Amended Petition 28 U.S.C. 1915** [Docket No. 53; Filed July 25, 2008] and **Motion to Add a Secound** [sic] **Proposed Additional Habeas Corpus Claim to Include Prisoner Motion 28 U.S.C. 1915** [Docket No. 55; Filed July 25, 2008].

    In Plaintiff's first two motions [#45 and #46], he apparently seeks to correct certain case citations previously filed in other documents with the Court. Although the Court appreciates Plaintiff's diligence, he is directed that such motions are unnecessary, and instead, delay the proper administration of his case. Accordingly, IT IS HEREBY **ORDERED** that the Motions [#45 and #46] are **DENIED** as unnecessary.

    Plaintiff's third motion [#49] seeks a "Leave of Absents [sic] to Vacate Sentence." The Court cannot determine the relief Plaintiff seeks here. Accordingly, IT IS HEREBY **ORDERED** that the Motion [#49] is **STRICKEN** as unintelligible.

    In Plaintiff's fourth motion [#51], he seeks to file a Second Amended Petition. Plaintiff was granted leave to file a Second Amended Petition by District Judge Marcia S. Krieger's Order, dated July 16, 2008 [Docket No. 43]. Accordingly, IT IS HEREBY **ORDERED** that the Motion [#51] is **GRANTED**. Plaintiff's Second Amended Petition is accepted for filing as of the date of this Order. The Respondent shall file a response to the Second Amended Petition within **45 days** of the date of this Order.

Plaintiff's fifth and sixth motions [#53 and #55] apparently also seek to file a Second Amended Petition. However, the Court notes that one of the motions [#53] is nothing more than a single page with the title of the motion. The other motion [#55] appears to contain similar allegations to those already accepted for filing in Plaintiff's Second Amended Petition. Accordingly, IT IS HEREBY **ORDERED** that the Motions [#53 and #55] are **DENIED**.

Dated: July 30, 2008