IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-MSK-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request Leave to Take Dispositions and Amend Production of Documents** [Docket No. 129; Filed October 3, 2008] (the "Motion").

    This request has been deemed a motion by District Judge Krieger [Docket No. 130]. In his Motion, Plaintiff apparently again seeks to take some form of discovery in his pending habeas action. IT IS HEREBY **ORDERED** that the Motion is **DENIED**, for the reasons set forth on the record by the Court at Docket No. 116.

    Dated: October 8, 2008