IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion Regarding Fileing** [sic] **Fee Statue** [sic] **13-1-05-17 CRS and Statement** [Docket No. 140; Filed October 17, 2008] (the "Motion").

    In his Motion, Applicant does not appear to request any relief from the Court. While it is unclear, Applicant may be attempting to notify the Court that he has submitted an inmate account statement. Applicant is directed that it is not necessary to inform the Court of such information. In the future, Applicant should simply file his inmate account statement and any payment toward his filing fee with the Clerk of the Court. IT IS HEREBY **ORDERED** that the Motion is **DENIED** as moot.

    Dated: October 24, 2008