IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on several Motions filed by Applicant [Docket Nos. 151, 152 and 153].

    Motions 151 and 153 are identical with respect to the relief sought although the attachments are different. The Motions appears request further amendment of Applicant's Second Amended Petition for Habeas Corpus [Docket No. 70; Filed July 30, 2008]. The Motions are largely unintelligible.

    IT IS HEREBY **ORDERED** that the Motions [#151, 152 and 153] are **DENIED**, for the reasons set forth by the Court in its Minute Order dated July 30, 2008 [Docket No. 69] and Order dated August 12, 2008 [Docket No. 84].

    Dated: November 3, 2008