IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on several Motions filed by Applicant [Docket Nos. 141, 142, 143, 144 and 145].

    In Motion #141, Applicant requests leave to proceed pursuant to 28 U.S.C. § 1915. However, Applicant has already been granted leave to proceed pursuant to 28 U.S.C. § 1915 [Docket No. 19; Filed May 21, 2008]. Applicant is directed that it is not necessary to file more than one motion for leave to proceed pursuant to 28 U.S.C. § 1915. IT IS HEREBY **ORDERED** that the Motion [#141] is **DENIED** as moot.

    In Applicant's next two Motions [#142 and 143], he apparently requests that his case be consolidated with another case. Applicant does not provide the civil case number of the other case or cases that he wishes to consolidate with the instant case, or any grounds for consolidation, and the Motions are unintelligible. IT IS HEREBY **ORDERED** that the Motions [#142 and 143] are **DENIED**.

    Motions 144 and 145 appear to request further amendment of Applicant's Second Amended Petition for Habeas Corpus [Docket No. 70; Filed July 30, 2008]. The Motions are largely unintelligible. IT IS HEREBY **ORDERED** that the Motions [#144 and 145] are **DENIED**, for the reasons set forth by the Court in its Minute Order dated July 30, 2008 [Docket No. 69] and Order dated August 12, 2008 [Docket No. 84].

    Dated: November 5, 2008