IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on numerous motions filed by Applicant [Docket Nos. 39, 86, 87, 91, 92, 104, 105, 106, 109, 110, 111, 113, 117, 118, 120, 121, 122, 125, 133, 137 and 138].

    The majority of Applicant's Motions [#39, 86, 91, 92, 104, 105, 109, 113, 117, 121, 122, 137 and 138] appear to request further amendment of Applicant's Second Amended Petition for Habeas Corpus [Docket No. 70; Filed July 30, 2008]. The Motions are largely unintelligible. IT IS HEREBY **ORDERED** that the Motions [#39, 86, 91, 92, 104, 105, 109, 113, 117, 121, 122, 137 and 138] are **DENIED**, for the reasons set forth by the Court in its Minute Order dated July 30, 2008 [Docket No. 69] and Order dated August 12, 2008 [Docket No. 84].

    In Motions #87 and #106, Applicant requests leave to proceed pursuant to 28 U.S.C. § 1915. However, Applicant has already been granted leave to proceed pursuant to 28 U.S.C. § 1915 [Docket No. 19; Filed May 21, 2008]. Applicant is directed that it is not necessary to file more than one motion for leave to proceed pursuant to 28 U.S.C. § 1915. IT IS HEREBY **ORDERED** that the Motions [#87 and 106] are **DENIED** as moot.

    In Motions #110 and #111, Applicant states that he seeks "to Confer by Responce [sic] pursuant to Fed. R. Civ. P. 5(d) Addendume [sic] to Clarify with Councle [sic] Pursuant [sic] Fed. R. Civ. P. 4(d) by Request." In Motion #125, Applicant seeks a "Leave of Absents." In Motion #133, Applicant seeks to "Amend by Attack." The Motions are largely unintelligible, and the Court cannot determine the relief Applicant seeks here. Accordingly, IT IS HEREBY **ORDERED** that the Motions [#110, #111, #125 and #133] are **STRICKEN** as unintelligible.

In Motions #118 and #120, Applicant seeks relief pursuant to 28 U.S.C. § 1291. This statute relates to the jurisdiction of the United States Courts of Appeals, and has no applicability to the action currently before the Court.  IT IS HEREBY **ORDERED** that the Motions [#118 and #120] are **DENIED**.

                                                  BY THE COURT:
                                                  __s/ Kristen L. Mix_____
                                                  United States Magistrate Judge

Dated:  November 17, 2008