IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on several Motions filed by Applicant [Docket Nos. 161, 162 and 163].

    In Motions #161 and #163, Applicant again appears to request further amendment of his Second Amended Petition for Habeas Corpus [Docket No. 70; Filed July 30, 2008]. The Motions are largely unintelligible. IT IS HEREBY **ORDERED** that the Motions [#161 and 163] are **DENIED**, for the reasons set forth by the Court in its Minute Order dated July 30, 2008 [Docket No. 69] and Order dated August 12, 2008 [Docket No. 84].

    In Motion #162, Applicant seeks to file "Original Remedies to Final Agency Pursuant to D.C.Colo.LCivR. 65.1 to Court." The Motion is largely unintelligible, and the Court cannot determine the relief Applicant seeks here. Accordingly, IT IS HEREBY **ORDERED** that the Motion [#162] is **STRICKEN** as unintelligible.

    Finally, the Court notes that Applicant has previously filed approximately twenty-six other motions that have also attempted to amend his petition, and has filed at least thirteen other motions that have been denied or stricken by the Court for being unintelligible or unnecessary. **Applicant is cautioned that the continued filing of duplicative or unintelligible motions in the future may be grounds for sanctions, up to and including dismissal of his case.**

    Dated: November 20, 2008