IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion to Demand a Writ of Habeas Corpus § 2241 Pursuant to Fed. R. Civ. P. 56** [Docket No. 170; Filed December 23, 2008] (the "Motion"). In the Motion, Applicant "requests by leave of absents [sic] to writ of Habeas Corpus. [sic] 2241 by demand, and ask the Court to grant Motion as relief." *Motion* [#170] at 1. As has been a pattern for Applicant, the Motion is largely unintelligible, and appears to request oral argument on his habeas corpus Application, which is not fully briefed. In addition, to the extent that Applicant asserts Fed. R. Civ. P. 56 as legal support for his Motion, the citation is misplaced in this habeas proceeding. *See Order* [#84] at 3. Further, to the extent that Applicant is seeking a ruling on his pending Application, the Court notes that it will be ruled on in due course after it has been fully briefed and in consideration of the Court's overall docket. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#170] is **STRICKEN** as unintelligible and unnecessary.

    Finally, the Court notes that Applicant has previously filed approximately forty unintelligible, unnecessary, or duplicative motions since the case's inception. **Applicant is again cautioned that the continued filing of frivolous motions may be grounds for sanctions in the future, up to and including dismissal of his case.**

    Dated: December 30, 2008