IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Brimmer, Judge

    Applicant filed a notice of appeal on December 22, 2008. Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Order filed on November 17, 2008. No final order has been entered in this action.

    Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2241. The Court will not issue a certificate of appealability in this action because no final order has been entered. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this  31st  day of December, 2008.

                                   BY THE COURT:

                                   s/Philip A. Brimmer
                                   JUDGE, UNITED STATES DISTRICT COURT
                                   FOR THE DISTRICT OF COLORADO