IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion for Leave to Proceed Judgement** [sic] **by Default by Response Pursuant to Fed. R. Civ. P. 56.1** [Docket No. 193; Filed March 2, 2009] (the "Motion"). The Motion is largely unintelligible, and does not appear to request any relief from the Court. Accordingly, IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** as unintelligible and unnecessary.

    Dated: March 4, 2009