IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on several motions filed by Applicant [Docket Nos. 196, 197, 198, 199, 200 and 202].

    In Motions #196, #197, #199, #200 and #202, Applicant again appears to request further amendment of his Second Amended Petition for Habeas Corpus [Docket No. 70; Filed July 30, 2008]. The Motions are largely unintelligible. In motion # 198, Applicant requests that he be allowed to proceed *in forma pauperis*. The Court previously granted Applicant's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [Docket #19].

    IT IS HEREBY **ORDERED** that the Motions [#196, 197, 199, 200 and 202] are **DENIED**, for the reasons set forth by the Court in its Minute Order dated July 30, 2008 [Docket No. 69] and Order dated August 12, 2008 [Docket No. 84]. Motion #198 is **DENIED as moot.**

    Dated:  April 7, 2009