IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion to Request Application of Stay Pursuant to 18 U.S.C.A. § 3616, 28 U.S.C.A. 1932** [Docket No. 212; Filed April 24, 2009] (the "Motion").

    This a habeas corpus action.  The Applicant is challenging the denial of parole. It is unclear from Applicant's motion what relief he is requesting.  The statutes cited by Applicant, 18 U.S.C. § 3616 and 28 U.S.C. § 1932, do not concern the granting of stays**.** The Motion also refers to Rule 20 of the Rules of the United States Supreme Court and 18 U.S.C. § 3601 and § 3626.  None of these authorities permit this Court to grant a stay in a habeas action.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  April 28, 2009