IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion Pursuant to Crim. P. 35(c)(3)** [Docket No. 216; Filed June 5, 2009] (the "Motion").

    This a habeas corpus action.  The Applicant is challenging the denial of parole.  In the Motion, it appears that Applicant is seeking relief pursuant to Colorado Rule of Criminal Procedure 35(c)(3) which provides that a post-conviction motion must be filed in the court which imposed the sentence.  Applicant was sentenced in Mesa County District Court.  Therefore, he must bring an action pursuant to Colo. R. Crim. P. 35(c)(3) in that court.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  June 15, 2009