IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Applicant's **Motion Pursuant to 17-201-19, C.R.S. Pursuant to Disciplinary Segregation** [Docket No. 219; Filed June 29, 2009] (the "Motion").

    This a habeas corpus action.  The Applicant is challenging the denial of parole.  In the Motion, it appears that Applicant is challenging the disciplinary process at the prison. That issue is not related to the pending habeas corpus action. Moreover, this Court does not intervene in the prison's disciplinary proceedings. Prison management functions should be left to the broad discretion of prison administrators to enable them to manage prisons safely and effectively.  *See, e.g.*, *Meachum v. Fano*, 427 U.S. 215 (1976). Courts are "extremely deferential" to the decisions made by prison administrators, *Farmer v. Perrill*, 288 F.3d 1254, 1261 (10th Cir. 2002).  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  June 30, 2009