IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion for Order Pursuant to C.R.S. 18-1-408(3) and 18-8-209 C.R.S. to Show Supporting Evidence**  [Docket No. 222; Filed July 7, 2009] (the "Motion").

    This a habeas corpus action.  The Applicant is challenging the denial of parole. The Motion is largely unintelligible.  The two statutes cited by Applicant, Colo. Rev. Stat. § 18-1-408(3) and Colo. Rev. Stat. § 18-8-209, are provisions of the Colorado Criminal Code involving prosecutions for multiple acts and consecutive sentences.  Applicant has not identified how these statutes relate to the claims in this case.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  July 8, 2009