IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion to Compel Pursuant to 17-22.5-404** [Docket No. 228; Filed August 11, 2009] (the "Motion").

    This a habeas corpus action.  The Applicant is challenging the denial of parole. The Motion is largely unintelligible. Applicant cites Colo. Rev. Stat. § 17-22.5-404 for the proposition that he should have only served one year of imprisonment for his parole violation.  The statute has no such provision and is otherwise not relevant to Applicant's claims in this case. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  August 13, 2009