IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID,

    Respondent.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Judge, Brimmer

    Applicant filed a Notice of Appeal on August 17, 2009.  Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Minute Order filed on August 13, 2009.  No final order has been entered in this action.

    Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2241.  The Court will not issue a certificate of appealability in this action because no final order has been entered.  Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 21st day of August, 2009.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              DISTRICT  JUDGE, UNITED  STATES  DISTRICT
                              COURT, DISTRICT OF COLORADO