IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion for Eneffective** (sic) **for a Illegal Sentence by Law** [Docket No. 264; Filed August 26, 2010] and **Motion to Attack of Illegal Restraint Under 2242 and 2254 Habeas Corpus** [Docket No. 265; Filed August 26, 2010] (the "Motions").

    This closed case was a habeas corpus action in which the Applicant challenged his denial of parole. The case was dismissed with prejudice on March 22, 2010. The Motions are largely unintelligible and cite no basis for relief. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions are **DENIED**.

Dated: August 27, 2010