IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00692-PAB-KLM

EARL CROWNHART,

      Applicant,

v.

LARRY REID, Warden,

      Respondent.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Applicant's **Motion to Request Presentence Confinement Presentence Earned Time & Good Time** [Docket No. 268; Filed October 13, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **STRICKEN**.  Applicant is ordered not to file any additional motions or other pleadings in this closed case as they will be stricken, and the Clerk's office is directed to not accept any future filings in this action.

Dated:  October 15, 2010