IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00692-PAB-KLM

EARL CROWNHART,

    Applicant,

v.

LARRY REID, Warden,

    Respondent.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion to Compell Up Date on Habeas Corpus 28 U.S.C. 1915 & 2241** [sic] [Docket No. 286; Filed November 19, 2012] (the "Motion").  The Court has *three times* previously ordered as follows: "Applicant is ordered not to file any additional motions or other pleadings in this closed case as they will be stricken, and the Clerk's office is directed to not accept any future filings in this action." *Minute Order* [#270, #281, #285].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#286] is **STRICKEN**.

    Dated:  November 21, 2012